IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CV-128-BO

| | |
|---|---|
| ESTATE OF HOWELL BAGBY BINKLEY, by and through JOYCE STOREY as the administrator of the estate of Howell Bagby Binkley; JOYCE STOREY; and ZOE KING,<br>*Plaintiffs*,<br><br>v.<br><br>FIRST PROTECTIVE INSURANCE CO.,<br>*Defendant*. | ORDER |

This cause comes before the Court on defendant's motion to stay these proceedings and to partially dismiss claims in the complaint as not yet ripe. Plaintiffs responded in opposition to the motion to dismiss and have consented to request for a stay. A district court has inherent authority to manage its docket, which includes the authority to stay litigation. *See Ryan v. Gonzales*, 568 U.S. 57, 73 (2013) (citing *Rhines v. Weber*, 544 U.S. 269, 276 (2005)).

Plaintiffs have consented to defendant's request for a stay in order to allow for the completion of appraisal. Accordingly, the Court GRANTS IN PART defendant's request for a stay [DE 7] and DENIES IN PART WITHOUT PREJUDICE defendant's request to dismiss claims [DE 7]. The motion to compel discovery [DE 25], the motion for a protective order [DE 27], and the motion for an extension of time [DE 29] are DENIED WITHOUT PREJUDICE to refiling, if necessary, upon the lifting of the stay.

The Court places this case in ABEYANCE. The parties are DIRECTED to provide this Court with a status update within fourteen (14) days of this order and then additional status updates every sixty (60) days following.

SO ORDERED, this _8_ day of June, 2022.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE